# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA INC., | Case No. 1:20-cv-01053-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| TATE A. PALMER, et al., | DEADLINE: OCTOBER 23, 2020 |
| Defendants. | |

Plaintiff filed this action on July 29, 2020. On July 30, 2020, a scheduling order issued setting the mandatory scheduling conference for October 29, 2020. As of this date, Plaintiff has not filed proof of service of the summons and complaint. See ECF No. 4-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, by **4:00 p.m. on October 23, 2020**, Plaintiff shall file notice of the status of service on the defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **October 21, 2020**

UNITED STATES MAGISTRATE JUDGE

1