UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TATE A. PALMER, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01053-DAD-SAB<br><br>ORDER GRANTING APPLICATION TO CONTINUE SCHEDULING CONFERENCE, EXTENDING TIME FOR SERVICE ON DEFENDANT TATE A. PALMER, AND REQUIRING PLAINTIFF TO FILE A NOTICE OF STATUS OF DEFENDANTS TANTO MULTI MEDIA, LLC AND TRIWOLF MEDIA, LLC. OR REQUEST ENTRY OF DEFAULT<br><br>(ECF Nos. 8, 9) |

　　On July 29, 2020, Colonize Media, Inc. ("Plaintiff") filed this action against Tate A. Palmer, Triwolf Media, LLC, and Tango Multi Media, LLC. (ECF No. 1.) On October 21, 2020, an order issued requiring Plaintiff to file a notice of the status of service on the defendants in this action. (ECF No. 7.) On October 22, 2020, Plaintiff filed a notice of status of service and an application to continue the scheduling conference in this matter for ninety days to effect service on Defendant Tate Palmer. (ECF Nos. 8, 9.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff asserts that despite diligent attempts to serve Defendant Tate A. Palmer at three addresses in Los Angeles, California, and an address in Austin, Texas, service has not yet been effected on Defendant Palmer.  One of the Los Angeles addresses is a business address and the process server was informed that the none of the defendants have been tenants at the address for several years.  The other two addresses are residential.  The process server has made six unsuccessful attempts on different days to serve Defendant Palmer at one of the addresses and seven unsuccessful attempts to serve him on different days at another address.  A potential address was discovered in Austin, Texas and an attempt was made to serve the defendant there, but the process server was informed that Defendant Tate did not live at the address.  Plaintiff believes that Defendant Palmer is residing in Austin, Texas and is continuing attempts to serve him.

The Court construes Plaintiff's application as a motion to extend time to effect service of process on Defendant Tate A. Palmer.  The Court finds that good cause exists to extend the time for Plaintiff to effect service of process on Defendant Palmer.

Plaintiff also seeks to continue the scheduling conference in this matter out ninety days to allow for service on Defendant Palmer to be effected.  The Court finds that good cause exists to continue the scheduling conference in this matter.  According to the proofs of service that were filed in this matter, Defendants Tanto Multi Media, LLC and Triwolf Media, LLC. were served on August 24, 2020.  Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due within 21 days after being served with the summons and complaint.  Fed. R. Civ. P. 12(a)(1)(A)(i).  More than twenty-one days have passed and no responsive pleading, stipulation to extend time

for defendants to respond to the complaint, nor request for entry of default have been filed. Plaintiff shall be required to file a notice of status of Defendants Tanto Multi Media, LLC and Triwolf Media, LLC. in this matter.

As no responsive pleading has been filed and not all defendants have been served, a scheduling conference at this time would be premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to continue the scheduling conference is GRANTED;
2. The scheduling conference set for October 29, 2020 at 10:00 a.m. is CONTINUED to **January 26, 2021, at 10:00 a.m.** in Courtroom 9;
3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference date;
4. The time to effect service of process on Defendant Tate Palmer is extended **sixty (60) days** from the date of entry of this order;
5. Within **five (5) days** of the date of entry of this order, Plaintiff shall file a notice of the status of Defendants Tanto Multi Media, LLC and Triwolf Media, LLC. in this matter or a request for entry of default; and
6. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 22, 2020**

UNITED STATES MAGISTRATE JUDGE

3