**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,**
**EISMAN, FORMATO, FERRARA,**
**WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff COLONIZE MEDIA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TATE A. PALMER, TRIWOLF MEDIA, LLC and TANGO MULTI MEDIA PRODUCTIONS, LLC, <br><br> Defendants. | Case No.: 1:20-CV-01053-DAD-SAB <br><br> **NOTICE OF STATUS OF TRIWOLF MEDIA, LLC AND TANGO MULTI MEDIA PRODUCTIONS, LLC** |

Plaintiff Colonize Media, Inc. ("Colonize"), filed this action against Tate Palmer ("Palmer"), Triwolf Media, LLC ("Triwolf"), and Tango Multi Media Productions, LLC

---
1
NOTICE OF STATUS OF TRIWOLF MEDIA, LLC AND TANGO,,,

("Tango"). Colonize files this Notice in response to the Court's Order requiring the same. See Docket No. 12, p. 3:14-16.

Colonize served Triwolf and Tango with the summons, complaint, and other relevant documents on August 3, 2020. The corresponding proofs of service have been filed. See Docket No. 5 and Docket No. 6.

Since serving Triwolf and Tango, Colonize has been focused on serving Palmer as noted in the Notice of Status of Service. See Docket No. 8. Due to the delay in serving Palmer, the Court granted Colonize's application to continue the Scheduling Conference.

The Court continued the Scheduling Conference to January 26, 2021, and extended the time to serve Palmer to December 22, 2020.

On October 22, 2020, counsel for Colonize and counsel for Triwolf and Tango filed a stipulation permitting Triwolf and Tango up to November 19, 2020, to file their responsive pleading. Accordingly, the responsive pleading of Triwolf and Tango will be filed approximately sixty (60) days before the Scheduling Conference.

Dated: October 27, 2020

Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: *[signature]*
Thomas P. Griffin, Jr., Esq.
Attorneys for Plaintiff
Colonize Media, Inc.