UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., </br></br> Plaintiff, </br></br> v. </br></br> TATE A. PALMER, et al., </br></br> Defendants. | Case No.: 1:20-cv-01053-DAD-SAB </br></br> ORDER RE STIPULATION </br></br> (ECF No. 14) |

On November 20, 2020, a stipulation was filed to grant Defendants Triwolf Media, LLC and Tango Multi Media Productions, LLC ("Defendants") an extension of time to respond to the complaint while Plaintiff determines whether an amended complaint will be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file an amended complaint on or before **December 5, 2020**;
2. If no amended complaint is filed, Defendants shall file a responsive pleading on or before **December 12, 2020**;
3. If Plaintiff files an amended complaint, Defendants shall file a responsive pleading within **twenty-one (21) days** of the filing of Plaintiff's amended complaint; and
4. This order shall not prejudice Plaintiff's right, if applicable, under Federal

Rule of Civil Procedure Rule 15(a)1)(B), to amend its initial complaint in reply to Defendants' response filed on or before December 12, 2020.

IT IS SO ORDERED.

Dated:   **November 20, 2020**

UNITED STATES MAGISTRATE JUDGE