UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TATE A. PALMER, et al., <br><br> Defendants. | Case No.: 1:20-cv-01053-DAD-SAB <br><br> ORDER RE STIPULAITON FOR EXTENSION OF TIME FOR DEFENDANTS TRIWOLF MEDIA, LLC. AND TANTO MULTI MEDIA, LLC TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT <br><br> (ECF No. 17) |

On December 28, 2020, a stipulation was filed for an extension of time for Defendants Triwolf Media, LLC and Tanto Multi Media Productions, LLC to file a response to Plaintiff's first amended complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Triwolf Media, LLC and Tanto Multi Media Productions, LLC shall file a responsive pleading on or before January 11, 2021.

IT IS SO ORDERED.

Dated:  **December 30, 2020**

UNITED STATES MAGISTRATE JUDGE