UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLONIZE MEDIA, INC., | ) | Case No.: 1:20-cv-01053-DAD-SAB |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING ORDER TO |
| | ) | SHOW CAUSE WHY DEFENDANT TATE |
| v. | ) | A. PALMER SHOULD NOT BE |
| | ) | DISMISSED FROM THIS ACTION FOR |
| TATE A. PALMER, et al., | ) | FAILURE TO SERVE IN COMPLIANCE |
| | ) | WITH RULE 4 OF THE FEDERAL RULES |
| Defendants. | ) | OF CIVIL PROCEDURE AND |
| | ) | EXTENDING TIME FOR SERVICE OF |
| | ) | PROCESS |
| | ) | |
| | ) | (ECF Nos. 20, 21) |
| | ) | |

On January 13, 2021, an order issued requiring Plaintiff Colonize Media, Inc. to show cause why Defendant Tate A. Palmer should not be dismissed from this action for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 20.) On January 19, 2021, Plaintiff filed a response setting forth the efforts that have been made to serve Defendant Palmer and that requests for his address have been sent to Defendants Triwolf Media, LLC and Tango Multi Media, LLC and the defendants have refused to provide a current address. Plaintiff seeks for the Court to order the appearing defendants to produce the address for Defendant Palmer or in the alternative to extend time so that Defendant Palmer can be served by publication. Plaintiff has shown that good cause exists to extend time for service upon Defendant Palmer.

Currently, a mandatory scheduling conference is set in this matter for January 26, 2021. (ECF No. 12.) The parties are reminded that they are to file a joint status report which is due today. If the

dispute over the request for the address of Defendant Tate continues to exist following the response to the interrogatories, the parties may either set an informal discovery dispute if all parties agree or Plaintiff may file a motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 13, 2021 order to show cause why Defendant Tate Palmer should not be dismissed from this action for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure is DISCHARGED; and

2. Plaintiff shall be granted a **ninety (90) day** extension of time to serve Defendant Tate in this action.

IT IS SO ORDERED.

Dated:   **January 19, 2021**

UNITED STATES MAGISTRATE JUDGE