**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLONIZE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TATE A. PALMER, et al., <br><br> Defendants. | Case No.: 1:20-cv-01053-DAD-SAB <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE TRIWOLF MEDIA, LLC AND TANGO MULTI MEDIA PRODUCTIONS, LLC AS A PARTY IN THIS ACTION AND DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE FOR DEFENDANT TATE A. PALMER <br><br> (ECF No. 27) <br><br> DEADLINE: APRIL 21, 2021 |

Plaintiff Colonize Media, Inc. filed this action alleging violation of the Trade Secrets Act, 18 U.S.C. § 1836 et seq. and California law against Defendants Tate A. Palmer, Triwolf Media, LLC and Tango Multi Media, LLC. Defendants Tango Multi Media, LLC and Triwolf Media, LLC filed an answer on January 11, 2021. On January 19, 2021, an order issued extending time for Plaintiff to serve Defendant Tate A. Palmer and he was to be served within ninety days.

On April 2, 2021, an stipulation was filed to dismiss the complaint as to Defendants Tango Multi Media, LLC and Triwolf Media, LLC. Rule 41(a) of the Federal Rules of Civil Procedure allows

a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

The stipulation does not dismiss the action in it entirety and this action remains open as to the claims against Defendant Tate.  Plaintiff has been granted an extension of time to April 19, 2021, to serve Defendant Tate.  Plaintiff is required to file proof that Defendant Tate has been served with the summons and complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to terminate Defendants Tango Multi Media, LLC and Triwolf Media, LLC as a defendant in this action;

2. Plaintiff shall file proof that the summons and complaint have been served on Defendant Palmer on or before April 21, 2021; and

3. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **April 2, 2021**

UNITED STATES MAGISTRATE JUDGE