**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
  tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
  sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff COLONIZE MEDIA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., | Case No. 1:20-cv-01053-DAD-SAB |
| Plaintiff, | **DECLARATION OF KEVIN BERGER IN SUPPORT OF PLAINTIFF COLONIZE MEDIA, INC.'S APPLICATION TO SERVE DEFENDANT TATE A. PALMER BY PUBLICATION** |
| v. | |
| TATE A. PALMER, TRIWOLF MEDIA, LLC and TANGO MULTI MEDIA PRODUCTIONS, LLC, | |
| Defendants. | Complaint Filed: July 29, 2020 |

I, Kevin Berger, hereby declare as follows:

1. I am an officer of Colonize Media, Inc.

2. At various times during the course of this lawsuit, I have communicated directly with Hector Villalobos, a principal of Triwolf Media, LLC ("Triwolf"), Tango Multi Media Productions, LLC ("Tango"). In one of these

conversations, when I expressed frustration about not having been able to serve Tate A. Palmer ("Palmer"), Mr. Villalobos told me that Palmer was in the office almost every day.

3. When I asked for the address of the Los Angeles, California, location of Triwolf and Tango, Mr. Villalobos chose not to share that address.

4. This lawsuit and the others referenced in the Application concern the ownership of, and the right to distribute and otherwise exploit, various sound recordings and other assets. Following the execution of the settlement agreement and related agreement by Colonize, Triwolf and Tango, representatives of those parties have been in contact with each other in an effort to resolve conflicting claims to the sound recordings and other assets. I have been a part of that exchange and I have seen numerous emails between the representatives including several emails from Tate, on behalf of Tango.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 19th day of April 2021, at Turlock, California.

_____
Kevin Berger