**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
 tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
 sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff Colonize Media, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., | Case No.: 1:20-cv-01053-DAD-SAB |
| Plaintiffs, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TATE A. PALMER** |
| v. | Magistrate Judge: Stanley A. Boone |
| TATE A. PALMER, TRIWOLF MEDIA, LLC and TANGO MULTI MEDIA PRODUCTIONS, LLC, | Complaint Filed: July 29, 2020 |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**JOINT NOTICE OF SETTLEMENT**

Please take notice that Plaintiff Colonize Media, Inc. ("Colonize") and Defendant Tate A. Palmer ("Palmer"), the only remaining defendant in this action, have reached a settlement in the above-captioned action. The settlement agreement between Colonize and Palmer will be consummated (assuming the required obligations are satisfied) by early February of 2022.

Colonize and Palmer request that the Court set February 14, 2022, as a deadline for Colonize to file a request to dismiss this action. Alternatively, if the Court seeks the dismissal of this action, Colonize and Palmer hereby stipulate that the Court shall retain jurisdiction over the parties to enforce the terms of the settlement agreement, if necessary.

Dated: October 8, 2021

HEFNER, STARK & MAROIS, LLP

By: /s/ Thomas P. Griffin
Thomas P. Griffin, Jr., Esq.
Attorneys for Plaintiff Colonize Media, Inc.

OBAGI LAW GROUP, PC

By: /s/ Zein E. Obagi, Jr.
Zein E. Obagi, Jr. Esq.
Attorneys for Defendant
Tate A. Palmer

**JOINT NOTICE OF SETTLEMENT**