# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIZE MEDIA, INC., | Case No. 1: 20-cv-01053-DAD-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| TATE A. PALMER, | (ECF No. 34) |
| Defendant. | FEBRUARY 14, 2022 DEADLINE |

This action was filed on July 29, 2020. (ECF No. 1.) On May 7, 2021, the Court denied Plaintiff's motion to serve Defendant Tate A. Palmer by publication, without prejudice. (ECF No. 30.) On August 24, 2021, the Court granted Plaintiff's second motion to serve Defendant by publication. (ECF No. 32.) On September 24, 2021, counsel for Defendant entered an appearance on the docket. (ECF No. 33.) On October 11, 2021, the parties filed a joint notice of settlement. (ECF No. 34.) The notice of settlement proffers that as long as all obligations are fulfilled, the settlement agreement between the parties will be consummated in February of 2022. (Id.) The parties request the Court set a deadline of February 24, 2022, for the parties to file dispositional documents.

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The Court finds good cause to extend the deadline in this action to file dispositional documents based on the parties' stipulated request and the procedural posture of this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before **February 14, 2022**.

IT IS SO ORDERED.

Dated: __October 12, 2021__

UNITED STATES MAGISTRATE JUDGE